Honorable Judge James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| JUSTIN BELDOCK, GORDON BROWARD and SHAADI NEZAMI, individually and as representatives of a class of similarly situated persons, on behalf of the MICROSOFT CORPORATION SAVINGS PLUS 401(K) PLAN,<br><br>        Plaintiffs,<br><br>   v.<br><br>MICROSOFT CORPORATION; THE BOARD OF TRUSTEES OF MICROSOFT CORPORATION; THE 401(K) ADMINISTRATIVE COMMITTEE OF THE MICROSOFT CORPORATION SAVINGS PLUS 401(K) PLAN; and DOES NO. 1-20, Whose Names Are Currently Unknown,<br><br>        Defendants. | Case No. 2:22-cv-01082-JLR<br><br>**DEFENDANT MICROSOFT CORPORATION'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, Microsoft Corporation states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted this 12th day of September 2022.

    MORGAN, LEWIS & BOCKIUS, LLP

By: */s/ Molly A. Terwilliger*
    Molly A. Terwilliger, WA Bar # 28449
    1301 Second Avenue, Suite 2800
    Seattle, WA 98101
    Telephone: (206) 274-6400
    Facsimile: (206) 274-6401
    molly.terwilliger@morganlewis.com

By: */s/ Jeremy P. Blumenfeld*
    Jeremy P. Blumenfeld, PA Bar # 85955
    (admitted *pro hac vice*)
    1701 Market Street
    Philadelphia, PA  19103-2921
    Telephone:  (215) 963-5000
    Facsimile: (215) 963-5001
    jeremy.blumenfeld@morganlewis.com

By: */s/ Sean K. McMahan*
    Sean K. McMahan, DC Bar # 1008732
    (admitted *pro hac vice*)
    1717 Main Street, Suite 3200
    Dallas, TX 75201-7347
    Telephone: (214) 466-4102
    Facsimile: (214) 466-4001
    sean.mcmahan@morganlewis.com

By: */s/ Mayra Negrete*
    Mayra Negrete, CA Bar # 333491
    (admitted *pro hac vice*)
    600 Anton Boulevard, Suite 1800
    Costa Mesa, CA 92626-7653
    Telephone:  (714) 830-0600
    Facsimile:  (714) 830-0700
    mayra.negrete@morganlewis.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

*Attorneys for Defendants Microsoft Corporation, the Board of Trustees of Microsoft Corporation, and the 401(k) Administrative Committee of the Microsoft Corporation Savings Plan*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of September 2022, I served the foregoing CORPORATE DISCLOSURE STATEMENT via electronic means through the Court's Case Management/Electronic Case File (CM/ECF) system, which will send an automatic notification of filing to each party registered for electronic service.

SIGNED THIS 12th day of September 2022 at Seattle, Washington.

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Molly A. Terwilliger*
Molly A. Terwilliger, WA Bar # 28449
Molly.terwilliger@morganlewis.com