Honorable Judge James L. Robart

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### SEATTLE DIVISION

| | |
|---|---|
| JUSTIN BELDOCK, GORDON BROWARD and SHAADI NEZAMI, individually and as representatives of a class of similarly situated persons, on behalf of the MICROSOFT CORPORATION SAVINGS PLUS 401(K) PLAN, <br><br>     Plaintiffs, <br><br>   v . <br><br> MICROSOFT CORPORATION; THE BOARD OF TRUSTEES OF MICROSOFT CORPORATION; THE 401(K) ADMINISTRATIVE COMMITTEE OF THE MICROSOFT CORPORATION SAVINGS PLUS 401(K) PLAN; and DOES NO. 1-20, Whose Names Are Currently Unknown, <br><br>     Defendants. | Case No. 2:22-cv-01082-JLR <br><br> **STIPULATION AND** ~~PROPOSED AGREED~~ **ORDER REGARDING MOTION TO DISMISS BRIEFING SCHEDULE** |

MORGAN, LEWIS & BOCKIUS LLP.
1301 Second Avenue, Suite 2800 | Seattle, WA 98101
Phone:  206.274.6400 | Fax:  206.274.6401

## STIPULATION

The parties, by and through their attorneys of record, hereby stipulate and jointly request that the Court enter the following proposed briefing schedule for the motion to dismiss plaintiffs' complaint:

• Deadline for defendants' motion to dismiss: October 28, 2022.

• Deadline for plaintiffs' opposition to defendants' motion to dismiss: November 23, 2022.

• Deadline for defendants' reply in support of their motion to dismiss: December 16, 2022.

DATED this 20th day of September 2022.

| TERRELL MARSHALL LAW GROUP PLLC | MORGAN, LEWIS & BOCKIUS, LLP |
|---|---|
| By: /s/Beth E. Terrell, WSBA #26759 | By: /s/ Molly A. Terwilliger |
| Beth E. Terrell, WSBA #26759 | Molly A. Terwilliger, WA Bar # 28449 |
| 936 North 34th Street, Suite 300 | 1301 Second Avenue, Suite 2800 |
| Seattle, Washington 98103 | Seattle, WA 98101 |
| Telephone: (206) 816-6603 | Telephone: (206) 274-6400 |
| Facsimile: (206) 319-5450 | Facsimile: (206) 274-6401 |
| bterrell@terrellmarshall.com | molly.terwilliger@morganlewis.com |
| | |
| James E. Miller | Jeremy P. Blumenfeld, PA Bar # 85955 |
| (Pro Hac Vice Forthcoming) | (admitted pro hac vice) |
| Email: jemiller@millershah.com | 1701 Market Street |
| Laurie Rubinow | Philadelphia, PA 19103-2921 |
| (Pro Hac Vice Forthcoming) | Telephone: (215) 963-5000 |
| Email: lrubinow@millershah.com | Facsimile: (215) 963-5001 |
| MILLER SHAH LLP | jeremy.blumenfeld@morganlewis.com |
| 65 Main Street | |
| Chester, Connecticut 06412 | Sean K. McMahan, DC Bar # 1008732 |
| Telephone: (866) 540-5505 | (admitted pro hac vice) |
| Facsimile: (866) 300-7367 | 1717 Main Street, Suite 3200 |
| | Dallas, TX 75201-7347 |

STIPULATION AND PROPOSED
ORDER REGARDING BRIEFING
SCHEDULE- 1
Case No. 2:22-cv-01082-JLR

MORGAN, LEWIS & BOCKIUS LLP.
1301 Second Avenue, Suite 2800 | Seattle, WA 98101
Phone: 206.274.6400 | Fax: 206.274.6401

James C. Shah
(Pro Hac Vice Forthcoming)
Email: jcshah@millershah.com
Alec J. Berin
(Pro Hac Vice Forthcoming)
Email: ajberin@millershah.com
MILLER SHAH LLP
1845 Walnut Street, Suite 806
Philadelphia, Pennsylvania 19103
Telephone: (866) 540-5505
Facsimile: (866) 300-7367

Kolin C. Tang
(Pro Hac Vice Forthcoming)
Email: kctang@millershah.com
MILLER SHAH LLP
19712 MacArthur Blvd.
Irvine, California 92612
Telephone: (866) 540-5505
Facsimile: (866) 300-7367

*Attorneys for Plaintiffs, the Plan and the
Proposed Class*

Telephone: (214) 466-4102
Facsimile: (214) 466-4001
sean.mcmahan@morganlewis.com

Mayra Negrete, CA Bar # 333491
(admitted pro hac vice)
600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626-7653
Telephone: (714) 830-0600
Facsimile: (714) 830-0700
mayra.negrete@morganlewis.com

*Attorneys for Defendants Microsoft
Corporation, the Board of Trustees of
Microsoft Corporation, and the 401(k)
Administrative Committee of the Microsoft
Corporation Savings Plus Plan*

STIPULATION AND ~~PROPOSED~~
ORDER REGARDING BRIEFING
SCHEDULE- 2
Case No. 2:22-cv-01082-JLR

MORGAN, LEWIS & BOCKIUS LLP.
1301 Second Avenue, Suite 2800 | Seattle, WA 98101
Phone:  206.274.6400 | Fax:  206.274.6401

## <u>ORDER</u>

Based on the foregoing stipulation of the parties, the Court hereby ORDERS that defendants' motion to dismiss shall be filed by October 28, 2022, plaintiffs' opposition to defendants' motion to dismiss shall be filed on or before November 23, 2022, and defendants' reply thereto shall be filed on or before December 16, 2022.

DATED THIS 20th day of September 2022.


The Honorable James L. Robart
United States District Judge

STIPULATION AND ~~PROPOSED~~
ORDER REGARDING BRIEFING
SCHEDULE- 3
Case No. 2:22-cv-01082-JLR

MORGAN, LEWIS & BOCKIUS LLP.
1301 Second Avenue, Suite 2800 | Seattle, WA 98101
Phone:  206.274.6400 | Fax:  206.274.6401