UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUSTIN BELDOCK, et al., | CASE NO. C22-1082JLR |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| MICROSOFT CORPORATION, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Defendants' reply in support of their motion to dismiss. (Reply (Dkt. # 53).) On page one of their reply, Defendants quote the transcript of a hearing held by United States District Judge for the Eastern District of Virginia Michael S. Nachmanoff and state that a copy of the transcript is attached to the reply. (*Id.* at 1.) No transcript, however, is attached to the version of the reply filed on the court's docket.

MINUTE ORDER - 1

(*See id.*; *see generally* Dkt.)  The court ORDERS Defendants to file a copy of the quoted transcript by no later than Friday, December 30, 2022.

Filed and entered this 28th day of December, 2022.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2