UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUSTIN BELDOCK, et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>MICROSOFT CORPORATION, et al.,<br><br>                Defendants. | CASE NO. C22-1082JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Defendants' motion to dismiss Plaintiffs' amended complaint. (Mot. (Dkt. # 61).) The court ORDERS Plaintiffs to file a redlined version of their amended complaint (Am. Compl. (Dkt. # 58)) that identifies the differences between their original complaint (Compl. (Dkt. # 1)) and their amended complaint by no later than March 20, 2023.

MINUTE ORDER - 1

Filed and entered this 7th day of March, 2023.

          RAVI SUBRAMANIAN
          Clerk of Court

          s/ Ashleigh Drecktrah
          Deputy Clerk

MINUTE ORDER - 2