THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| GORDON BROWARD and SHAADI NEZAMI, individually and as representatives of a class of similarly situated persons, on behalf of the MICROSOFT CORPORATION SAVINGS PLUS 401(K) PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION; THE BOARD OF TRUSTEES OF MICROSOFT CORPORATION; THE 401(K) ADMINISTRATIVE COMMITTEE OF THE MICROSOFT CORPORATION SAVINGS PLUS 401(K) PLAN; and DOES NO. 1-20, Whose Names Are Currently Unknown,<br><br>Defendants. | Case No. 2:22-cv-01082-JLR<br><br>**STIPULATION AND** ~~PROPOSED~~ **AGREED ORDER REGARDING MOTION TO DISMISS AMENDED COMPLAINT BRIEFING SCHEDULE**<br><br>NOTE ON MOTION CALENDAR:<br>**March 21, 2023** |

STIPULATION AND ~~PROPOSED~~ ORDER
REGARDING BRIEFING SCHEDULE
(Case No. 2:22-cv-01082-JLR)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

# STIPULATION

The parties, by and through their attorneys of record, hereby stipulate and jointly request that Defendants' Motion to Dismiss Plaintiffs' Amended Complaint (Dkt. No. 61) be re-noted to April 7, 2023, that the deadline for Plaintiffs to file an opposition to Defendants' Motion to Dismiss Plaintiffs' Amended Complaint be March 27, 2023, and that the deadline for Defendants' reply in support of their motion to dismiss be extended to April 7, 2023.

DATED this 21st day of March 2023.

| TERRELL MARSHALL LAW GROUP PLLC | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| By: */s/ Beth E. Terrell,* WSBA #26759<br>Beth E. Terrell, WSBA #26759<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103<br>Telephone: (206) 816-6603<br>Facsimile: (206) 319-5450<br>bterrell@terrellmarshall.com<br><br>James E. Miller<br>(Pro Hac Vice Forthcoming)<br>Email: jemiller@millershah.com<br>Laurie Rubinow<br>(Pro Hac Vice Forthcoming)<br>Email: lrubinow@millershah.com<br>MILLER SHAH LLP<br>65 Main Street<br>Chester, Connecticut 06412<br>Telephone: (866) 540-5505<br>Facsimile: (866) 300-7367<br><br>James C. Shah<br>(Pro Hac Vice Forthcoming)<br>Email: jcshah@millershah.com<br>Alec J. Berin<br>(Pro Hac Vice Forthcoming)<br>Email: ajberin@millershah.com<br>MILLER SHAH LLP<br>1845 Walnut Street, Suite 806<br>Philadelphia, Pennsylvania 19103 | By: *s/ Molly A. Terwilliger*<br>Molly A. Terwilliger, WSBA #28449<br>1301 Second Avenue, Suite 2800<br>Seattle, WA 98101<br>Telephone: (206) 274-6400<br>Facsimile: (206) 274-6401<br>molly.terwilliger@morganlewis.com<br><br>Jeremy P. Blumenfeld, PA Bar # 85955<br>(admitted pro hac vice)<br>1701 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 963-5000<br>Facsimile: (215) 963-5001<br>jeremy.blumenfeld@morganlewis.com<br><br>Sean K. McMahan, DC Bar # 1008732<br>(admitted pro hac vice)<br>1717 Main Street, Suite 3200<br>Dallas, TX 75201<br>Telephone: (214) 466-4000<br>Facsimile: (214) 466-4001<br>sean.mcmahan@morganlewis.com<br><br>Mayra Negrete, CA Bar # 333491<br>(admitted pro hac vice)<br>600 Anton Boulevard, Suite 1800<br>Costa Mesa, CA 92626<br>Telephone: (714) 830-0600<br>Facsimile: (714) 830-0700<br>mayra.negrete@morganlewis.com |

STIPULATION AND ~~PROPOSED~~ ORDER
REGARDING BRIEFING SCHEDULE – Page 1
(Case No. 2:22-cv-01082-JLR)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

| | | |
|---|---|---|
| 1 | Telephone: (866) 540-5505<br>Facsimile: (866) 300-7367 | *Attorneys for Defendants Microsoft Corporation, The Board of Trustees of Microsoft Corporation, and The 401(k) Administrative Committee of the Microsoft Corporation Savings Plus 401(k) Plan* |
| 2 | | |
| 3 | Kolin C. Tang<br>(Pro Hac Vice Forthcoming) | |
| 4 | Email: kctang@millershah.com<br>MILLER SHAH LLP | |
| 5 | 19712 MacArthur Blvd.<br>Irvine, California 92612 | |
| 6 | Telephone: (866) 540-5505<br>Facsimile: (866) 300-7367 | |
| 7 | | |
| 8 | *Attorneys for Plaintiffs, the Plan and the Proposed Class* | |

STIPULATION AND ~~PROPOSED~~ ORDER
REGARDING BRIEFING SCHEDULE – Page 2
(Case No. 2:22-cv-01082-JLR)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

**ORDER**

Based on the foregoing stipulation of the parties, the Court hereby ORDERS that Defendants' Motion to Dismiss Plaintiffs' Amended Complaint is re-noted to April 7, 2023, that the deadline for Plaintiffs to file an opposition to Defendants' Motion to Dismiss Plaintiffs' Amended Complaint be March 27, 2023, and that Defendants' reply in support of their motion to dismiss Plaintiffs' amended complaint shall be filed on or before April 7, 2023.

DATED THIS 21st day of March, 2023, at Seattle, Washington.

_____
The Honorable James L. Robart
United States District Judge

STIPULATION AND ~~PROPOSED~~ ORDER
REGARDING BRIEFING SCHEDULE – Page 3
(Case No. 2:22-cv-01082-JLR)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401