# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| JUSTIN BELDOCK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, et al., <br><br> Defendants. | JUDGMENT IN A CIVIL CASE <br><br> CASE NO. C22-1082JLR |

____   **Jury Verdict**.  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court**.  This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendants' motion to dismiss Plaintiffs' amended complaint (Dkt. # 58) is GRANTED.  (*See* 4/24/23 Order (Dkt. # 71).)

Filed this 24th day of April, 2023.

>  RAVI SUBRAMANIAN
>  Clerk of Court
>
>   s/ Ashleigh Drecktrah
>  Deputy Clerk