THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| GORDON BROWARD and SHAADI NEZAMI, individually and as representatives of a class of similarly situated persons, on behalf of the MICROSOFT CORPORATION SAVINGS PLUS 401(K) PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION; THE BOARD OF TRUSTEES OF MICROSOFT CORPORATION; THE 401(K) ADMINISTRATIVE COMMITTEE OF THE MICROSOFT CORPORATION SAVINGS PLUS 401(K) PLAN; and DOES NO. 1-20, Whose Names Are Currently Unknown,<br><br>Defendants. | Case No. 2:22-cv-01082-JLR<br><br>**ORDER** |

### [~~PROPOSED~~] ORDER

UPON CONSIDERATION of the UNOPPOSED MOTION TO EXTEND DEADLINE FOR DEFENDANTS' MOTION FOR AWARD OF COSTS AND ATTORNEYS' FEES (Dkt. # 73), it is hereby ORDERED that the Motion is GRANTED, and it is further ORDERED that:

Defendants shall have until May 29, 2023, to file any motion for attorneys' fees and until June 5, 2023 to file any application for costs.

//

So ordered: May 5th, 2023

                                              James L. Robart
                                              UNITED STATES DISTRICT JUDGE